[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re L.S.*, Slip Opinion No. 2020-Ohio-955.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-955

IN RE L.S.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re L.S.*, Slip Opinion No. 2020-Ohio-955.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2019-0054—Submitted February 25, 2020—Decided March 17, 2020.)

APPEAL from the Court of Appeals for Ottawa County,

Nos. OT-17-021 and OT-17-025, 2018-Ohio-4758.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and FISCHER, DONNELLY, and STEWART, JJ., concur.

KENNEDY and DEWINE, JJ., dissent and would affirm the judgment of the court of appeals.

FRENCH, J., dissents.

_____

Timothy Young, Ohio Public Defender, and Timothy B. Hackett, Assistant Public Defender, for appellant, L.S.

James J. VanEerten, Ottawa County Prosecuting Attorney, and Barbara Gallé Rivas, Assistant Prosecuting Attorney, for appellee, state of Ohio.

Mark A. Stanton, Cuyahoga County Public Defender, and Robert B. McCaleb and Rachel Kalayjian, Assistant Public Defenders; Raymond T. Faller, Hamilton County Public Defender, and Julie Kahrs Nessler, Assistant Public Defender; and National Juvenile Defender Center and Amanda Powell, urging reversal for amici curiae, Cuyahoga County Public Defender's Office, Hamilton County Public Defender's Office, and National Juvenile Defender Center.

_____